NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-746

STATE OF LOUISIANA

VERSUS

RUDOLPH ELLIS, JR.

**********

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NO. 65,196
HONORABLE LESTER P. KEES, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Sylvia R. Cooks, John D. Saunders and Oswald A. Decuir, Judges.

AFFIRMED.

William E. Tilley
District Attorney
Thirtieth Judicial District Court
P.O. Box 1188
Leesville, LA 71446-1188
(337) 239-2008
Counsel for Plaintiff/Appellee:
State of Louisiana

Terry W. Lambright
Assistant District Attorney
Thirtieth Judicial District Court
P.O. Box 1188
Leesville, LA 71446-1188
(337) 239-2008
Counsel for Plaintiff/Appellee:
State of Louisiana

**Kenota Pulliam Johnson**
**Louisiana Appellate Project**
**P. O. Box 5781**
**Shreveport, LA 71135-5781**
**(318) 524-1024**
**Counsel for Defendant/Appellant:**
**Rudolph Ellis, Jr.**

**Rudolph Ellis, Jr.**
**Winn Correctional Center**
**P. O. Box 1260**
**Winnfield, LA 71483-1260**